U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
**Sep 13 - 2021**
AT **3** O'CLOCK **37** MINUTES
John M. Domurad, Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

Zindoro Eytina,

                Plaintiff(s),

v.

Law Office of Burr & Reid, LLP

                Defendant(s).

Case No: 3:21-cv-00698-FJS-ML

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

     Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff(s) Zindoro Eytina and or their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice against the Defendant(s) Law Office of Burr & Reid, LLP .

DATED: September 10, 2021

**BARSHAY, RIZZO & LOPEZ, PLLC**

By: s/ *David M. Barshay*
David M. Barshay, Esquire
445 Broadhollow Road | Suite CL18
Melville, New York 11747
Tel: (631) 210-7272
Fax: (516) 706-5055
Our File No.: BRL21215
*Attorneys for Plaintiff*

IT IS SO ORDERED.
September 13, 2021

_____
Frederick J. Scullin, Jr.
Senior United States District Judge